UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DAVID RAINEY,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/15/2021____

20 Cr. 694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference scheduled for February 4, 2021, is RESCHEDULED to **February 3, 2021**, at **11:00 a.m.** The time between January 22, 2021, and February 3, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of the ongoing public health crisis caused by COVID-19.

On January 14, 2021, Defendant's counsel filed a letter requesting appointment of new counsel because "a potential non-waivable conflict" has arisen between Defendant Rainey and a different client. ECF No. 8. Accordingly, Defendant Rainey and his counsel, John A. Diaz, shall appear for the initial conference, where a substitution of counsel hearing will also take place.

SO ORDERED.

Dated: January 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge