

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2021__

BY ECF

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

January 24, 2021

Your Honor:

US v. David Rainey
20 Cr 694 (AT)

  On January 14, 2021 I worked my CJA "duty day".  I was asked by your deputy if I was willing to accept an assignment in the above mentioned matter.  I accepted the assignment by way of email, but I have not officially been assigned on the record.  The case is on the Court's calendar for February 3, 2021.

  I have spoken to prior counsel for Mr. Rainey, John Anthony Diaz, who clearly has an irreconcilable conflict between two clients so he must remove himself from the Rainey matter as well as another matter.  It is a clear conflict which can only be overcome by Mr. Diaz stepping off the case.  I bring this to the Court attention because I am asking to be assigned by Your Honor prior to the February 3, 2021 court appearance.  There are some time sensitive matters that I must address with the Government preferably before Mr. Rainey is moved to another facility which may occur very soon.  I am asking the Court to assign me as soon as possible. Thank you for the Court's prompt attention to this matter.

  The Government has no objection to this request.

DENIED.  Counsel will be substituted at the hearing scheduled for **February 3, 2021**.

SO ORDERED.

Dated:  January 25, 2021
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge

N • Y • C