```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID RAINEY,

                  Defendant.

20 Cr. 694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because Defendant was transported to a new facility in advance of the initial conference scheduled for February 3, 2021, the initial conference was not held and will proceed on **February 8, 2021**, at **1:00 p.m.** The conference will proceed as outlined in ECF No. 13, using access information already provided to the parties via e-mail on February 2, 2021. The time between February 3, 2021, and February 8, 2021, is excluded *nunc pro tunc* under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of the ongoing public health crisis caused by COVID-19.

    SO ORDERED.

Dated: February 4, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge