```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

David Rainey,

        Defendant.
------------------------------------------------------------X

**WAIVER OF DEFENDANT'S PRESENCE AT CRIMINAL PROCEEDING**

20 Cr. 694 (AT)

Defendant __David Rainey__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ✓ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- ✓ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_____   _____
Defendant's Signature                         Defense Counsel's Signature

(Judge may obtain verbal consent on
Record and Sign for Defendant)

__David Rainey__                                  __Matthew D. Myers__
Print Defendant's Name                    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__2/8/21__                                              _____
Date                                                          U.S. District Judge

4