USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

David Rainey,

        Defendant.

-----------------------------------------------------------X

WAIVER OF PRESENCE PROCEEDING

20 Cr. 694 (AT)

Defendant ___*David Rainey*___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ ~~Initial Appearance~~/Appointment of Counsel – *Conflict*

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

___/s/ David Rainey___
Defendant's Signature

___M. Myers___
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

___David Rainey___
Print Defendant's Name

___Matthew D. Myers___
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___6/1/21___
Date

_____
ANALISA TORRES
United States District Judge

4