```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DAVID RAINEY,

                      Defendant.

20 Cr. 694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        On December 8, 2022, Antonia M. Apps, counsel for Defendant, David Rainey, informed the Court via e-mail that she "will be withdrawing from the Criminal Justice Act . . . panel effective December 31, 2022." Apps requests that she "be permitted to withdraw as counsel to Mr. Rainey, and that the Court schedule a change-of-counsel hearing so that Mr. Rainey can be appointed new counsel to represent him going forward."

        Accordingly, the Court shall hold a substitution of counsel hearing on **December 14, 2022**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

        SO ORDERED.

Dated: December 9, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge